**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**RICKY M. BROWN,
ADC #551211**                                                                                                                        **PLAINTIFF**

**V.**                       **CASE NO. 4:13CV00529 JMM/BD**

**JOHN RANDALL, et al.**                                                                          **DEFENDANTS**

## ORDER

The Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere has been received, and no objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.[1]

Mr. Brown's motions for preliminary injunctive relief (docket entries #7, #10) are DENIED.

IT IS SO ORDERED this 7th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE

---

[1] In addition to the reasons stated in the Recommendation, Mr. Brown's motions for injunctive relief are moot because he is no longer housed at the Detention Facility.