**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**RICKY M. BROWN,**
**ADC #551211**                                                                                          **PLAINTIFF**

**V.**                          **CASE NO. 4:13CV00529 JMM/BD**

**JOHN RANDALL, et al.**                                                                      **DEFENDANTS**

## ORDER

The Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere has been received, and no objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

Mr. Brown's claims against Rainwater, Holt & Sexton and Mike Rainwater are DISMISSED, without prejudice.

IT IS SO ORDERED this 22nd day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE