IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RICKY M. BROWN,
ADC #551211                                                                                                PLAINTIFF

V.                              CASE NO. 4:13CV00529 JM/BD

JOHN RANDALL, et al.                                                                              DEFENDANTS

# ORDER

The Court has received a Recommended Disposition ("Recommendation") issued by Magistrate Judge Beth Deere. After carefully reviewing the Recommendation, the timely objections, and upon conducting a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Ricky M. Brown's motions for summary judgment (#35, #48) are DENIED, and Defendants' motion for summary judgment (#56) is GRANTED. Mr. Brown's claims against Defendants Randall, Vincent, Douglas, and Shock are DISMISSED, with prejudice.

IT IS SO ORDERED this 2nd day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE